# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

DANIEL WOHLSTEIN, individually and on behalf
of all others similarly situated,

              **Case No.** 1:26-cv-20283-WPD

 *Plaintiff*,

vs.

BH NBV NORTH OWNER LLC d.b.a
WAKE BISCAYNE BAY.,

 *Defendant*.

_____/

## NOTICE OF SETTLEMENT

  Plaintiff, Daniel Wohlstein, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Date: February 23, 2026

         Respectfully Submitted,

         **Shamis & Gentile, P.A.**
         */s/ Christopher E. Berman*
         Christopher E. Berman, Esq.
         Florida Bar No. 1010654
         cberman@shamisgentile.com
         14 NE 1st Avenue, Suite 705
         Miami, FL 33132

Telephone: 305-479-2299

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**

By:     */s/ Christopher E. Berman*
         Christopher E. Berman, Esq.
         Florida Bar No. 1010654

*Counsel for Plaintiff*